Case 1:22-cv-00094-H   Document 2   Filed 06/23/22   Page 1 of 4   PageID 8

FILED
June 23, 2022
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

1:22-cv-00094

Lisa Lowry Winter
SPN: 01208536
Currently Housed At 4C1
Harris County Detention Center
1200 Baker St
Houston, Texas 77002

United States District Court
Northern Division
341 Pine Street #2008
Abilene, Texas 79601

Re: Offical Letter To File Suit

    I, the said Defendant Lisa Lowry Winter now, comes forth to the United States District Court - Northern Division - Abilene, Texas seeking to file suit against the Police Department of Conroe, Texas as well as the County of Conroe, Texas. Due to the following listed below:

    I) I, the said Defendant Lisa Lowry Winter, was infact falsely charged per malicious intent

    II) I, the said Defendant Lisa Lowry Winter was infact forced per malicious intent to accept thus said plea per malice intent via abuse of authoritive power per vicious scare tactic.

(Page 1 of 3)

I, THE SAID DEFENDANT LISA LOWRY WINTER THANK THE UNITED STATES DISTRICT COURT NORTHERN DIVISON ABILENE, TEXAS FOR YOUR TIME.

THIS OFFICIAL LETTER DIRECTED TO THE UNITED STATES DISTRICT COURT NORTHERN DIVISON - ABILENE, TEXAS WAS HANDWRITTEN AND EXECUTED ON THE TWELVETH DAY OF THE SIXTH MONTH OF YEAR TWO THOUSAND TWENTY TWO.

\* LISA LOWRY WINTER
   PRINT FULL NAME

\* [signature]
   SIGNATURE

\* SPN: 01202536

\* 6-12-2022
   DATE

(PAGE 2 OF 3)

MAGNOLIA POLICE DEPARTMENT
MONTGOMERY COUNTY

IN CONROE, TEXAS

✱ _____   ✱ 6-12-2022
   LISA LOWRY WINTER              DATE

(PAGE 3 OF 3)

Case 1:22-cv-00094-H   Document 2   Filed 06/23/22   Page 4 of 4   PageID 11



**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name: LISA LOWRY WINTER
SPN: 01002536    Cell: 4C1
Street: 1200 BAKER
HOUSTON, TEXAS 77002

**Keefe** Commissary Network

**INDIGENT**

RECEIVED
JUN 22 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURT
NORTHERN DIVISION
341 PINE STREET #2008
ABILENE, TEXAS 79601